1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  KIMBERLY A. PAESE (State Bar No. 258594)
   kap@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  GREEN TREE SERVICING, LLC and
   FEDERAL NATIONAL MORTGAGE
8  ASSOCIATION

9                    UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

11

12 | PEDRO D. CEPEDA,                               | Case No. 5:13-cv-00388-PSG
   | HELGA R. CEPEDA,                               |
13 |                                                | [~~PROPOSED~~] ORDER GRANTING
   |                  Plaintiffs,                   | REQUEST TO APPEAR
14 |                                                | TELEPHONICALLY AT HEARING ON
   |         vs.                                    | MOTION TO DISMISS AND CASE
15 |                                                | MANAGEMENT CONFERENCE ON
   |                                                | MARCH 12, 2013
16 | FEDERAL NATIONAL MORTGAGE                      |
   | ASSOCIATION; GREEN TREE                        | Date:    March 12, 2013
17 | SERVICING, LLC; BANK OF AMERICA,               | Time:    10:00 a.m.
   | N.A.; NORTHWEST TRUSTEE SERVICES,              | Crtm.:   3, 5th Floor
18 | INC.; and all persons unknown claiming any     | Judge:   Paul S. Grewal
   | legal or equitable right, title, estate, lien or |
19 | interest in the real property described in the | Action Filed:  November 21, 2012
   | complaint adverse to Plaintiff's title, or interest | Trial Date:    None Set
20 | in said property; and DOES 1-100, inclusive,   |
   |                                                | [Removed from California Superior Court,
21 |                  Defendants.                   | Monterey County, Case No. M120766]

22

23

24

25

26

27

28

11293.0198/2591934.1

After full consideration of the request of defendants Green Tree Servicing, LLC and Federal National Mortgage Association (hereinafter collectively, "Defendants") to appear by telephone at the hearing on the motion to dismiss and the case management conference, both currently set for March 12, 2013, at 10:00 a.m. and good cause appearing, the Court rules as follows:

The request is GRANTED. Counsel for Defendants may appear telephonically for the hearing on the motion to dismiss and case management conference scheduled for March 12, 2013, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: March 6, 2013

_____
Honorable Paul S. Grewal