UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| PEDRO D. CEPEDA,<br>HELGA R. CEPEDA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; GREEN TREE SERVICING, LLC; BANK OF AMERICA, N.A.; NORTHWEST TRUSTEE SERVICES, INC.; and all persons unknown claiming any legal or equitable right, title, estate, lien or interest in the real property described in the complaint adverse to Plaintiff's title, or interest in said property; and DOES through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 13-CV-00388-PSG<br><br>HON. PAUL SINGH GREWAL<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION TO DISMISS SECOND AMENDED COMPLAINT SET FOR OCTOBER 15, 2013<br><br>Date:　October 15, 2013<br>Time:　10:00 a.m.<br>Ctrm:　5 – Fourth Floor |

After consideration of the request of defendant Bank of America, N.A. ("BANA") to appear by telephone at the hearing on its motion to dismiss the second amended complaint ("Motion") of plaintiffs Pedro D. Cepeda and Helga R. Cepeda ("Plaintiffs"), set for October 15, 2013, at 10:00 a.m., in courtroom 5, of the above-entitled Court, and good cause appearing, the Court orders as follows:

BANA's request is GRANTED. Counsel for BANA may appear telephonically for the hearing on BANA's Motion scheduled for October 15, 2013, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: 10/4/2013

　　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　　HON. PAUL S. GREWAL

136045.54123/95155095v.1